**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 96-7177**

-----

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL A. BOMAR,

Defendant - Appellant.

-----

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-92-568, CA-96-309-7-20AK)

-----

Submitted:  February 27, 1997      Decided:  March 11, 1997

-----

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

-----

Dismissed by unpublished per curiam opinion.

-----

Michael A. Bomar, Appellant Pro Se.  David Calhoun Stephens, As-
sistant United States Attorney, Greenville, South Carolina, for
Appellee.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Bomar, Nos. CR-92-568; CA-96-309-7-20AK (D.S.C. June 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED